```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                :
TAMEKA HAYES,                                                   :
                                                                :
                                                                :
                          Plaintiff,                            :
                                                                :          20-cv-01199 (LJL)
              -v-                                               :
                                                                :               ORDER
                                                                :
ABDUL MADISON, THE NEW YORK CITY                                :
HEALTH AND HOSPITALS CORPORATION,                               :
CITY OF NEW YORK, NEW YORK CITY                                 :
DEPARTMENT OF CORRECTIONS,                                      :
                                                                :
                          Defendants.                           :
                                                                :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/9/2021

LEWIS J. LIMAN, United States District Judge:

      An Initial Pretrial Conference was held on August 9, 2021. The pro se defendant, Abdul Madison, did not appear. A case management plan and scheduling order was entered following the conference. The case management plan is entered without prejudice to the pro se defendant moving for it to be amended.

      The Clerk of Court is respectfully directed to send a copy of this Order and the Case Management Plan at dkt. #7 to Pro Se Defendant Abdul Madison.

SO ORDERED.

Dated: August 9, 2021
      New York, New York

                                                                     LEWIS J. LIMAN
                                                        United States District Judge