# HOGAN & ROSSI
Attorneys at Law

| | | |
|---|---|---|
| John J. Hogan | 3 Starr Ridge Road - Suite 200 | Of Counsel |
| Donald M. Rossi | Brewster, New York 10509 | Mary Jane MacCrae |
| Michael T. Liguori* | | |
| Nancy Tagliafierro* | Telephone:  (845) 279-2986 | |
| Jamie Spillane*† | Facsimile:   (845) 279-6425 | |
| Scott J. Steiner | (845) 278-6135 | |
| Bonnie N. Feinzig | | |
| Adriana Nolan | | |

\* Also Admitted in CT
† Also Admitted in NJ

June 9, 2022

> The request is GRANTED. The telephonic conference scheduled for June 10, 2022 is RESCHEDULED to June 17, 2022 at 12:00 p.m. Parties are directed to dial the Court's teleconference line at 888-251-2909 and use access code 2123101.
>
> 6/9/22
>
> SO ORDERED.
>
> LEWIS J. LIMAN
> United States District Judge

**BY ECF**
Honorable Lewis J. Liman
United States District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re:   Hayes v. Abdul Madison, et al. Request to Adjourn Telephone Conference
Docket No. 20-Civ-1199 (LJL)(SDA)

Dear Judge Liman:

I am of counsel to Hogan & Rossi, counsel for the Plaintiff in this matter, Tameka Hayes. Your Honor has scheduled a telephone conference for tomorrow, June 10 at 10:00 AM in order to discuss my letter to the Court dated June 3, 2022. My father passed away this morning and I have been spending substantial time with him over the past week during his last illness. I respectfully request that the telephone conference scheduled for tomorrow be adjourned for approximately one week. I have spoken to Mr. Estrada, who represents the Defendants, and he consents to the requested adjournment.

I thank the Court for considering this request.

Sincerely,

Scott J. Steiner

Cc: Edwar Estrada, Esq.