```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/21/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
:
TAMEKA HAYES,                                                     :
:
                        Plaintiff,                                :
:                    20-cv-1199 (LJL)
        -v-                                                       :
:                        ORDER
ABDUL MADISON, THE NEW YORK CITY HEALTH                           :
AND HOSPITALS CORPORATION, CITY OF NEW                            :
YORK, NEW YORK CITY DEPARTMENT OF                                 :
CORRECTIONS,                                                      :
:
                        Defendants.                               :
:
------------------------------------------------------------------X

LEWIS J. LIMAN, United States District Judge:

       The Court orders that the action is automatically stayed against defendant Madison due to Madison having entered Chapter 7 bankruptcy proceedings. The Court orders Madison and Plaintiff to provide a joint update every six months from the date of this Order on the status of Madison's bankruptcy proceedings.

       The Clerk of Court is respectfully directed to mail a copy of this Order to Madison.

SO ORDERED.

Dated: June 21, 2023
       New York, New York                     _____
                                                            LEWIS J. LIMAN
                                                    United States District Judge