```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/07/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
TAMEKA HAYES,                                                      :
:
:
            Plaintiff,                                             :
:           20-cv-1199 (LJL)
      -v-                                                          :
:              ORDER
:
ABDUL MADISON et al.                                               :
:
            Defendants.                                            :
                                                                   X
-----------------------------------------------------------------

LEWIS J. LIMAN, United States District Judge:

   The City and Plaintiff's counsel shall respond to Plaintiff's filings by August 21, 2025.

   SO ORDERED.

Dated: August 7, 2025
       New York, New York                 _____
                                                LEWIS J. LIMAN
                                          United States District Judge