```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                     :
TAMEKA HAYES,                                                        :
                                                                     :
                              Plaintiff,                             :
                                                                     :      20-cv-01199 (LJL)
              -v-                                                    :
                                                                     :          ORDER
ABDUEL MADISON, ET AL.                                               :
                                                                     :
                              Defendants.                            :
                                                                     :
---------------------------------------------------------------------X
```

LEWIS J. LIMAN, United States District Judge:

The Court has before it a motion to withdraw as counsel filed by counsel representing Plaintiff. See Dkt. No. 82.

The parties, including Ms. Hayes, are ORDERED to appear for a telephonic conference to discuss the motion on September 3, 2025, at 12:00PM. The parties are directed to dial into the Court's teleconference line at 646-453-4442 and use Conference ID# 358639322.

Defense counsel is ORDERED to provide a copy of this Order to Plaintiff.

This action remains STAYED in the interim.

SO ORDERED.

Dated: August 22, 2025
       New York, New York                                  _____
                                                           LEWIS J. LIMAN
                                                           United States District Judge